**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | : | Case No.: 2:23-cr-242 |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| **JOEL M. MEFFORD,** | : | Magistrate Judge Preston Deavers |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned counsel, Gregory S. Peterson and Istvan Gajary, of Peterson Conners LLP, hereby enter their appearance as counsel for the Defendant, Joel Mefford, in the instant action.

Respectfully submitted,

/s/   Gregory S. Peterson
Gregory S. Peterson (0061915)
Istvan Gajary (0089084)
PETERSON CONNERS LLP
545 Metro Place South, Suite 435
Dublin, Ohio 43017-3386
Telephone: (614) 365-7000
E-mail:gpeterson@petersonconners.com

*Counsel for Defendant Joel Mefford*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was filed with the Court using the CM/ECF system electronically this 5th day of February 2024, and served using the CM/ECF system via e-mail upon the following:

U.S. Attorney's Office
303 Marconi Blvd, Suite 200
Columbus, Ohio 43215

/s/ Gregory S. Peterson_____
Gregory S. Peterson (0061915)

2