# CRIMINAL MINUTES

2:23-cr-242
USA v. Joel M. Mefford
(Custody)

## Arraignment on Indictment
## held on Thursday, February 8, 2024 at 2:00 p.m.
## before Judge Edmund A. Sargus, Jr.

For Govt: Peter Glenn-Applegate

For Deft: Gregory Peterson

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

The defendant entered a plea of not guilty to counts 1 through 4 and Forfeiture Allegations A and B of the Indictment.
Trial scheduled for April 8, 2024.